WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
James S. Richter

*Attorneys for Defendant,*
*Motorola Solutions, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RAMCO COMMUNICATIONS, INC., individually and on behalf of all those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA SOLUTIONS, INC., <br><br> Defendant. | Honorable Esther Salas, U.S.D.J. <br><br> Civil Action No.: 17 CV 13522 (ES)(JAD) <br><br> **DEFENDANT MOTOROLA SOLUTIONS, INC.'S NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** <br><br> **Electronically Filed** <br><br> **Oral Argument Requested** <br><br> **Return Date:  March 19, 2018** |

TO:    James E. Cecchi
Lindsay H. Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY, & ANGELO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Attorneys for Plaintiff*

Linda P. Nussbaum
Bart D. Cohen
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
(917) 438-9189

Arthur N. Bailey
Marco Cercone
RUPP BAASE PFALZGRAF CUNNINGHAM, LLC
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
(716) 664-2967

**PLEASE TAKE NOTICE** that, at 9:00 a.m. on March 19, 2018, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Motorola Solutions, Inc. ("Motorola") shall move before the Honorable Esther Salas, U.S.D.J., at the United States District Court, Martin Luther King Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for entry of an Order granting its Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Motorola relies upon the brief submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Motorola respectfully requests oral argument.

WINSTON & STRAWN LLP
*Attorneys for Defendant*
*Motorola Solutions, Inc.*

By: ___*s/ James S. Richter*___
    James S. Richter
    jrichter@winston.com

Dated: February 23, 2018

**OF COUNSEL**:
James F. Herbison (*pro hac vice pending*)
Michael P. Mayer (*pro hac vice pending*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600

Jeffrey L. Kessler (*pro hac vice pending*)
Angela A. Smedley (*pro hac vice pending*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700

## CERTIFICATION OF SERVICE

I certify that on this 23rd day of February, 2018, the foregoing Notice of Motion and supporting documents were electronically filed and served upon counsel for Plaintiff by notice of electronic filing.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*s/ James S. Richter*
James S. Richter
jrichter@winston.com

Dated:  February 23, 2018