James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068

*Counsel for Plaintiff and the Proposed Class*

The Clerk of Court shall Close this matter
So Ordered on January 9, 2019

_____
Hon. Esther Salas, U.S.D.J.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMCO COMMUNICATIONS, INC., individually and on behalf of all those similarly situated,<br><br>   Plaintiff,<br>v.<br><br>MOTOROLA SOLUTIONS, INC.,<br><br>   Defendants. | Civil Action No. 17-13522 (ES)(JAD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

To:   Clerk and All persons on ECF service list

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ramco Communications, Inc. ("Ramco") hereby gives notice of its voluntary dismissal of this action. Dismissal of this action is without prejudice, and the parties shall bear their own attorneys' fees and costs. Motorola has not filed an answer or a motion for summary judgment with respect to Ramco's complaint.

                                                   CARELLA, BYRNE, CECCHI, OLSTEIN,
                                                     BRODY & AGNELLO, P.C.
                                                   *Counsel for Plaintiff and the*
                                                   *Proposed Class*

                                                   By:   /s/ James E. Cecchi
                                                           JAMES E. CECCHI

Dated: January 7, 2019